```
JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
CHRISTOPHER ROBINETTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:13-CR-0003-AWI-BAM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CHRISTOPHER ROBINETTE. ) | |
| Defendant. ) | Date: June 10, 2013 |
| _____ ) | Time: 1:00 p.m. |
| | Hon. Barbara A. McAuliffe |

     Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court continue the initial status conference in this case from April 8, 2013 to **June 10, 2013, at 1:00 p.m.**

     The reason for this request is the complexity of the case, the need for the defense to prepare, and continuity of counsel. The defense has received an initial set of 366 pages of discovery, including documents from the Netherlands. Defense counsel has also requested to review additional photographic and video evidence in the government's possession in this case. The parties are in the process of making arrangements for the evidence view, which is expected to occur in early May. For these reasons, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: April 4, 2013 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
CHRISTOPHER ROBINETTE


Dated: April 4, 2013 BENJAMIN B. WAGNER
United States Attorney

By: /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED. For the reasons set forth above, the Court finds the period from April 8, 2013 to June 10, 2013 is excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 4, 2013 /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE