John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Christopher Robinette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 1:13-CR-0003-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE** |
| v. | |
| Christopher Robinette, | |
| Defendant. | |

Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court vacate the December 16, 2013 motion hearing and continue the pre-trial motion and motions in-limine schedule as follows:

PRETRIAL MOTIONS:

Defense motions due: December 23, 2013

Government responses due: January 13, 2014

Reply briefs, if any, due: January 21, 2014

Motion hearing: January 27, 2014, 10:00 a.m.

1

1 | MOTIONS IN-LIMINE:

| | |
|---|---|
| Motions In-Limine due: | February 5, 2014 |
| Responses: | February 12, 2014 |
| Replies: | February 19, 2014 |
| Trial Confirmation/Mtns In-Limine Hrg: | February 24, 2014, 10:00 a.m. |

The reason for this request is that the government filed a Superseding Indictment on November 21, 2013, which changes the charges against Mr. Robinette. Defense counsel thus intends to withdraw the previously filed motions and seeks additional time to review and prepare new motions.

At the last status conference, the Court excluded time under the Speedy Trial Act in the ends of justice through the trial date of March 12, 2014. For the reasons set forth above, the parties stipulate and agree that time should continue to be excluded through the trial date and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: December 10, 2013   /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
CHRISTOPHER ROBINETTE

Dated: December 10, 2013   BENJAMIN B. WAGNER
United States Attorney

By:   /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 11, 2013   _____
SENIOR DISTRICT JUDGE

2